## RECONSIDERATION DOCKET

**98–2110.   Leisure v. State Farm Mut. Auto. Ins. Co.**
Stark App. Nos. 1997CA00417 and 1998CA00001. Reported at 89 Ohio St.3d 110, 728 N.E.2d 1078. On motion for reconsideration. Motion denied.

**98–2481.   Leisure v. State Farm Mut. Auto. Ins. Co.**
Stark App. Nos. 1997CA00420 and 1997CA00445. Reported at 89 Ohio St.3d 110, 728 N.E.2d 1078. On motion for reconsideration. Motion denied.

**99–1481.   Amoco Oil Co. v. Petroleum Underground Storage Tank Release Comp. Bd.**
Montgomery App. No. 17672. Reported at 89 Ohio St.3d 477, 733 N.E.2d 592. On motion for